

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-16-00118-CV

**CIBOLO CREEK RANCH, LTD.,**
Appellant

v.

**CITY OF SAN ANTONIO,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14140
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The parties' joint motion to abate appellate deadlines is GRANTED. All appellate deadlines are suspended for 60 days. Appellate deadlines will be reinstated on September 6, 2016. Accordingly, Appellant's brief shall be due September 7, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court